IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Regina Denise Johnson, | ) | C/A No.: 3:17-895-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Kenyetta McKnight; Mark A. Turner; | ) | |
| Raymond Mitchell; and Department of | ) | |
| Veterans Affairs, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a review of Plaintiff's reply to the court's Order to Show Cause [ECF No. 38]. In her Reply, Plaintiff demonstrates no evidence of having effected complete and proper service on the defendants as required by Fed. R. Civ. P. 4(i).[1] [ECF No. 40]. While it appears Plaintiff engaged a process server to serve the named individuals in this action, *id.* at 40-1, Plaintiff has failed to properly serve the Department of Veterans Affairs as an agency of the United States.

The court grants Plaintiff an extension of 30 days to effectuate proper service on the United States of the summons and complaint in this case by demonstrating compliance with Fed. R. Civ. P. 4(i). For Plaintiff's convenience, the court provides the following addresses for the United States Attorney's Office for the District of South

---

[1] Pursuant to Fed. R. Civ. P. 4(i), to serve the United States, Plaintiff must: "(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; and (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C."

Carolina and the Attorney General of the United States for Plaintiff to mail by registered or certified mail a copy of the summons and complaint in this case:

>   The United States Attorney for the District of South Carolina
>   1441 Main Street, Suite 500
>   Columbia, South Carolina 29201
>
>   Attorney General of the United States
>   Department of Justice, Room B-103
>   950 Pennsylvania Avenue, N.W.
>   Washington, D.C. 20530-0001

By October 6, 2017, Plaintiff is directed to file a proof of service of the summons and complaint on the United States on the docket.

IT IS SO ORDERED.

September 5, 2017  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge